250 So.2d 767

**STATE of Louisiana ex rel. Marshall JOHNSON, Jr.,**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 51628.

Aug. 5, 1971.

In re: Marshall Johnson, Jr., applying for writs of certiorari, prohibition, mandamus and habeas corpus.

Writ denied. The minutes of March 12, 1970 in No. 75,830, charging armed robbery, affirmatively show that relator was informed of his constitutional rights, the nature and consequences of a guilty plea, the penalty assessed for the crime charged and that relator knowingly, intelligently and voluntarily entered the plea of guilty.

250 So.2d 767

**STATE of Louisiana**

v.

**Alton A. BERTHELOT.**

No. 51639.

Aug. 5, 1971.

In re: Alton A. Berthelot applying for writs of certiorari, prohibition, mandamus and stay order.

Writ denied. There is no error of law in its judgment under relator's complaints.